AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH SNAPCHAT<br>ACCOUNT ty_wick21 THAT IS STORED AT PREMISES<br>CONTROLLED BY SNAP INC. | )<br>)<br>)   Case No.   24-MJ-_6144_-01-GEB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   June 21, 2024   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Honorable Gwynne E. Birzer_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   6/7/2024   10:47 a.m.   _____
*Judge's signature*

City and state:   Wichita, Kansas   Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-MJ-6144-01-GEB | 06/07/2024, 11:06 AM | Snap Inc. Law Enforcement Operations |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Subscriber information, friends list, call logs, IP address login data, conversations, public profile, messaages sent, messages received, group chats, media files sent, and media files (images, videos) received by Snapchat account with username "ty-wick21".

KRS
07/03/2024

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/03/2024

*Executing officer's signature*

KASEV R. SUNDAR, FBI SPECIAL AGENT
*Printed name and title*

## ATTACHMENT A

### Description of Account(s) to Searched/Examined

This warrant applies to information associated with the Snapchat account identified by Snapchat username "ty_wick21" and by Snapchat display name "Ty Wick" that is stored at premises owned, maintained, controlled, or operated by Snap, Inc., a company headquartered in Santa Monica, California.

## ATTACHMENT B

## Particular Things to be Seized

**I.  Information to be disclosed by Snapchat**

To the extent that the information described in Attachment A is within the possession, custody, or control of Snap, Inc. ("Snapchat"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Snapchat, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Snapchat is required to disclose the following information in its entirety to the government for the user ID listed in Attachment A:

(a)  All contact and personal identifying information provided to Snapchat, during the registration process or at any time thereafter;

(b)  All public-facing profile information for the account,

(c)  All contacts of the account, lists of approved users, and including the privacy settings associated with such lists;

(d)  All groups and networks of which the user is a member;

(e)  All records or other information regarding the devices and internet browsers associated with, or used in connection with, the identified account, including the hardware model, operating system version, unique device identifiers, and mobile network information;

(f)  The types of service utilized by the user;

(g)  All privacy settings and other account settings for the identified account;

(h) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(i) All photos and videos uploaded by that user and all photos and videos uploaded by any other user to that account, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and video;

(j) All activity logs, including IP addresses, for the account and all other documents showing the user's Snapchat activities;

(k) All other records and contents of communications and messages made or received by the user;

(l) All IP logs, including all records of the IP addresses that logged into the account; and

(m) All records pertaining to communications between Snapchat and any person regarding the identified account, including contacts with support services and records of actions taken.

Snapchat is hereby ordered to disclose the above information to the government within **30 DAYS** of issuance of this warrant. (Snapchat may request an extension, and such extension may be authorized by the receiving agent or agency, Kasev R. Sundar of the FBI.)

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of the criminal violations of 18 U.S.C. §§ 2251, 2252A, 2422, and 1470, as described in the Affidavit, including information pertaining to the following matters:

(a) The identity of the person(s) who created or used the Snapchat account, including records that help reveal the whereabouts of such person(s);

(b) Evidence indicating how and when the Snapchat account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crimes under investigation and to the Snapchat account owner;

(c) Evidence indicating the Snapchat account owner's state of mind as it relates to the crimes under investigation;

(d) Evidence of obscene visual depictions of minors engaged in sexually explicit conduct, child pornography, child erotica, and communications pertaining to child pornography, child sexual abuse, and child sexual exploitation; and

(e) Evidence showing communications with or about minors.

This warrant authorizes a review of electronically stored information, communications, other records, information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.